UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CANDACE FORNESS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 1:19-cv-00703-AJT-JFA |
| | : | |
| MASTERPIECE INTERNATIONAL LIMITED, LLC, | : | |
| | : | |
| Defendant. | : | |

**WAIVER OF ORAL ARGUMENT FOR CONSENT MOTION TO ENLARGE TIME FOR FILING RESPONSIVE PLEADING**

PLEASE TAKE NOTICE that pursuant to Local Rule 7(E), the parties have waived oral argument on the Second Consent Motion to Enlarge Time for Filing a Responsive Pleading filed in this case on June 18, 2019.  For the reasons laid out in the motion, the parties respectfully request that this honorable Court grant this Motion and enlarge the time for Defendant to file a responsive pleading to July 4, 2019.

Respectfully Submitted,

MASTERPIECE INTERNATIONAL
LIMITED, LLC
By Counsel

By:   /s/ Joseph B. Greener_____
Mariana D. Bravo, VSB #45212
Joseph B. Greener, VSB #90758
Carr Maloney P.C.
2020 K Street, N.W., Suite 850
Washington, D.C.  20006
(202) 310-5500 (Phone)
(202) 310-5555 (Fax)
mariana.bravo@carrmaloney.com
joseph.greener@carrmaloney.com
*Counsel for Defendant Masterpiece*
*International Limited, LLC*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was filed and served electronically, this 18th day of June, 2019, to:

>Matthew T. Sutter, VSB #66741
>Sutter & Terpak, PLLC
>7540 A Little River Turnpike, First Floor
>Annandale, VA 22003
>matt@sutterandterpak.com
>*Counsel for Plaintiff*
>
>Gregg C. Greenberg, VSB #79610
>Zipin, Amster & Greenberg, LLC
>8757 Georgia Avenue, Suite 400
>Silver Spring, MD 20910
>ggreenberg@zagfirm.com
>*Counsel for Plaintiff*

>Respectfully Submitted,
>
>MASTERPIECE INTERNATIONAL
>LIMITED, LLC
>By Counsel
>
>By:   /s/ Joseph B. Greener_____
>       Mariana D. Bravo, VSB #45212
>       Joseph B. Greener, VSB #90758
>       Carr Maloney P.C.
>       2020 K Street, N.W., Suite 850
>       Washington, D.C. 20006
>       (202) 310-5500 (Phone)
>       (202) 310-5555 (Fax)
>       mariana.bravo@carrmaloney.com
>       joseph.greener@carrmaloney.com
>       *Counsel for Defendant Masterpiece*
>       *International Limited, LLC*